

Signed and Filed: December 2, 2016

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Richard A. Lapping (SBN: 107496)
Trodella & Lapping LLP
540 Pacific Avenue
San Francisco, CA  94133
Telephone:   (415) 399-1015
Richard@LappingLegal.com

Attorneys for Kit Mui Yam

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>DEBRA MARIE GUAJARDO<br><br>    Debtor. | Case No.:  15-31452-DM<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO ALLOW THE FILING OF LATE PROOF OF CLAIM**<br><br>Date:   November 18, 2016<br>Time:   10:00 a.m.<br>Place:  United States Bankruptcy Court<br>        Courtroom 17<br>        450 Golden Gate Avenue, 16th Floor<br>        San Francisco, CA  94102<br>Judge:  Hon. Dennis Montali |

The Court having heard the the Motion of KIT MUI YAM for an order allowing the filing of a late proof of claim based upon excusable neglect under the provisions of Federal Rule of Bankruptcy Procedure 9006(b)(1), filed November 4, 2016 (Docket No. 119) (the "Motion"), appearances as noted on the record, after considering the objection filed and served by Debtor DEBRA MARIE GUAJARDO, and the comments and argument of the parties at the hearing of the Motion, with findings of fact and conclusions of law as stated on the record, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1.       The Debtor's objection is overruled;

2. The Motion is granted;

3. This Order does not decide Debtor's pending objection to the claim on other grounds.

*** END OF ORDER ***