Entered on Docket
December 13, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 13, 2019

**DENNIS MONTALI**
U.S. Bankruptcy Judge

R.ICHARD A. LA CAVA
LAW OFFICES OF RICHARD A. LA CAVA
3814 24TH STREET, SUITE 202
SAN FRANCISCO, CA 94114
(415)282-8960 STATE BAR #135653
richard@lacavalaw.com
www.lacavalaw.com

Attorney for Debtor:
DEBRA MARIE GUAJARDO,

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

DEBRA MARIE GUAJARDO,

    Debtor AND Debtor in Possession

Case No.: 15-31452-DM-11

Chapter 11

ORDER CONFIRMING PLAN

Hearing Date:   December 5, 2019
Hearing Time:   11:30AM
Hearing Location: United States Bankruptcy Court
    450 Golden Gate Ave. 16th Floor
    Courtroom 17
    San Francisco, CA 94102

    The plan under chapter 11 of the Bankruptcy Code filed by DEBRA M. GUAJARDO on December 12, 2019 (Dkt. No. 260); and

    It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. §1129(a) have been satisfied;

    IT IS ORDERED that

    The plan filed by DEBRA M. GUAJARDO, on December 12, 2019 is confirmed.     ***END OF ORDER***

SERVICE LIST

No objecting creditors;