UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Bankruptcy Case
DEBRA MARIE GUAJARDO, ) No. 15-31452
    Debtor. ) Chapter 11
                                         )
                                         )

DECLARATION OF DEBTOR, DEBRA MARIE GUAJARDO,

PER ORDER OF COURT DATED SEPTEMBER 14, 2023

    I, Debra Marie Guajardo, the Debtor acting in pro per in this matter hereby declares under penalty of perjury that all required payments under the Plan have been made prior to December 2022. At all times during the pendency of this matter, I have relied on Counsel Richard A. LaCava for legal guidance. I hereby respectfully request a determination to waive the requirement for filing the missing Monthly Operating Reports and/or the Financial Management Course Certificate, and for the Court to move forward with discharge and case closure.

Respectfully submitted,

Dated: September 25, 2023

                                                  DEBRA MARIE GUAJARDO

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Bankruptcy Case
DEBRA MARIE GUAJARDO, ) No. 15-31452
    Debtor. ) Chapter 11
 )
 )

PROOF OF SERVICE

Richard A. LaCava
Law Office of
3814. 24th Street, #202
San Francisco, CA 94114

Dated: September 25, 2023

*/s/ Debra M. Guajardo*