

Signed and Filed: October 27, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 15-31452 |
| DEBRA MARIE GUAJARDO, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| _____ | ) |

## ORDER GRANTING DISCHARGE AND FINAL DECREE

On September 14, 2023, the court issued an Order (Dkt. 286) directing Debtor to file a declaration stating whether all required payments under her bankruptcy plan have been made, including any outstanding payments to her former attorney.

On September 26, 2023, Debtor duly filed a Declaration (Dkt. 288) attesting that all required payments have been made, and that she had relied on her former attorney to fulfill other obligations under chapter 11 to obtain her discharge. In the intervening time, no other party, including Debtor's former attorney or the United States Trustee, has filed any opposition to waiver of any final requirements or Debtor's discharge and case closure.

-1-

Accordingly, the court HEREBY ORDERS the following:

- The requirement to file any outstanding Monthly Operating Reports is waived;
- The requirement to file a Financial Management Course (Official Form 423) is waived;
- Debtor is granted a discharge of debts pursuant to 11 U.S.C. § 1141(d)(5);
- A Final Decree is hereby entered;
- The case shall be closed as soon as is practicable.

*** END OF ORDER ***

COURT SERVICE LIST

Debra Marie Guajardo
109 Drake Mews
Sonoma, CA 95476

Richard A. LaCava
Law Offices of Richard A. LaCava
3814 24th St. #202
San Francisco, CA 94114

-3-